NO. 07-10-00106-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 20, 2010

_____

JOHN T. SAUTTER, MARYAH M. SAUTTER, DONALD R.
CRUVER AND ANITA E. CRUVER, APPELLANTS

v.

CITY OF HORSESHOE BAY, APPELLEE

_____

FROM THE 424TH DISTRICT COURT OF LLANO COUNTY;

NO. 16,119; HONORABLE DANIEL H. MILLS, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

The parties to this appeal have filed a joint motion requesting dismissal of the appeal. *See* Tex. R. App. P. 42.1(a). According to the motion, the parties "have settled all matters in controversy and made the basis of this cause of action." The parties have also agreed that costs shall be borne by the party incurring them. *See* Tex. R. App. P. 42.1(d).

No decision of this court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and

our mandate will issue forthwith.  All costs incurred are taxed against the party incurring them.

James T. Campbell
Justice